**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**NICHOLAS NNAJI**                                                                                       **PLAINTIFF**
**REG. #97766-079**

**V.**                           **NO: 4:07CV00937 BSM**

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

**ORDER**

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 17th day of April, 2009.

                                                             _/s/ Brian S. Miller_
                                           UNITED STATES DISTRICT JUDGE