**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**NICHOLAS NNAJI**                                                             **PLAINTIFF**
**REG. #97766-079**

**V.**                        **NO: 4:07CV00937 BSM**

**UNITED STATES OF AMERICA**                              **DEFENDANT**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 17th day of April, 2009.

                                                                                                 */s/ Brian S. Miller*
                                                               UNITED STATES DISTRICT JUDGE